UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| In re: | ) |
| FRIEDMAN'S, INC., et. al. | ) |
| Debtors. | ) |
| ALAN COHEN AS TRUSTEE OF THE FRIEDMAN'S CREDITOR TRUST | ) |
| Plaintiff, | ) CIVIL ACTION NO. 4:07CV041 |
| v. | ) |
| MORGAN SCHIFF & CO., INC., PHILLIP E. COHEN, STERLING BRINKLEY, BRADLEY J. STINN, VICTOR M. SUGLIA and ALSTON & BIRD, LLP, | ) |
| Defendants. | ) |

## CONSENT ORDER ENLARGING TIME

The parties having consented hereto, and it appearing the time within which to plead, defend or move has not expired, and it further appearing that this is the first extension request with regard to the subject pleading, it is hereby ORDERED that pursuant to LR 6.1, the time for Plaintiff Alan Cohen, as Trustee of the Friedman's Creditor Trust, to file his response to Motion to Dismiss Adversary Complaint filed by Defendant Alston & Bird, LLP is hereby extended to and including June 28, 2007.

This 13th day of June, 2007.

Walker Prescott Deputy Clerk
Scott L. Poff, Clerk
United States District Court
Southern District of Georgia

**[Consent Signatures on Following Page]**

_____
David W. Adams
Georgia Bar No. 002860
ELLIS, PAINTER, RATTERREE & ADAMS LLP
P. O. Box 9946
Savannah, Georgia 31412
(912) 233-9700

William C. Fredericks
Eric T. Kanefsky
BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1400
(212) 554-1444 (f)

*Counsel to Plaintiff Alan Cohen as Trustee*
*Of the Friedman's Creditor Trust*

Glenn B. Rice
OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
230 Park Avenue
New York, New York 10169
(212) 661-9100
(212) 682-6104 (f)

*Of Counsel for the Plaintiff Trustee*

_____
John J. Ossick, Jr. (Georgia Bar Number 555150)
John J. Ossick, Jr., P.C.
Post Office Box 1087
230 South Lee Street
Kingsland, Ga. 31548
(912) 729-5864

John K. Villa (admitted *pro hac vice*)
Robert M. Cary (admitted *pro hac vice*)
Thomas G. Ward (admitted *pro hac vice*)
Charles Davant IV (admitted *pro hac vice*)
Williams & Connolly LLP
725 12th Street N.W.
Washington, DC 20005
(202) 434-5000

*Counsel for Defendant Alston & Bird LLP*

357250v1
006557-000002