UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| FRIEDMAN'S, INC., et. al. | ) |
| | ) |
| Debtors. | ) |
| | ) |
| ALAN COHEN AS TRUSTEE OF THE | ) |
| FRIEDMAN'S CREDITOR TRUST | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 4:07CV041 |
| | ) |
| v. | ) |
| | ) |
| MORGAN SCHIFF & CO., INC., | ) |
| PHILLIP E. COHEN, STERLING | ) |
| BRINKLEY, BRADLEY J. STINN, | ) |
| VICTOR M. SUGLIA and | ) |
| ALSTON & BIRD, LLP, | ) |
| | ) |
| Defendants. | ) |

## CONSENT ORDER ENLARGING TIME

The parties having consented hereto, and it appearing the time within which to plead, defend or move has not expired, and it further appearing that this is the first extension request with regard to the subject pleading, it is hereby ORDERED that pursuant to LR 6.1, the time for Plaintiff Alan Cohen, as Trustee of the Friedman's Creditor Trust, to file his response to Motion to Dismiss Adversary Complaint filed by Defendant Phillip E. Cohen is hereby extended to and including June 28, 2007.

This 13th day of June, 2007.

_____
Scott L. Poff, Clerk
United States District Court
Southern District of Georgia

**[Consent Signatures on Following Page]**

_____
David W. Adams
Georgia Bar No. 002860
ELLIS, PAINTER, RATTERREE & ADAMS LLP
P. O. Box 9946
Savannah, Georgia 31412
(912) 233-9700

William C. Fredericks
Eric T. Kanefsky
BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1400
(212) 554-1444 (f)

*Counsel to Plaintiff Alan Cohen as Trustee*
*Of the Friedman's Creditor Trust*

Glenn B. Rice
OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
230 Park Avenue
New York, New York 10169
(212) 661-9100
(212) 682-6104 (f)

*Of Counsel for the Plaintiff Trustee*

_____
M. Tyus Butler, Jr. (Georgia Bar No. 099950)
BOUHAN, WILLIAMS & LEVY LLP
P.O. Box 2139
Savannah, Georgia 31402-2139
(912) 644-5736
(912) 644-6236 (f)

*Attorneys for Defendant Philip E. Cohen*

Guy Petrillo
Neil A. Steiner
DECHERT LLP
30 Rockefeller Plaza
New York, New York 10112-2200
(212) 698-3500

*Of Counsel for Defendant Philip E. Cohen*

357251v1
006557-000002