UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| FRIEDMAN'S, INC., et. al. | ) |
| | ) |
| Debtors. | ) |
| | ) |
| ALAN COHEN AS TRUSTEE OF THE | ) |
| FRIEDMAN'S CREDITOR TRUST | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 4:07CV041 |
| | ) |
| v. | ) |
| | ) |
| MORGAN SCHIFF & CO., INC., | ) |
| PHILLIP E. COHEN, STERLING | ) |
| BRINKLEY, BRADLEY J. STINN, | ) |
| VICTOR M. SUGLIA and | ) |
| ALSTON & BIRD, LLP, | ) |
| | ) |
| Defendants. | ) |

## CONSENT ORDER ENLARGING TIME

The parties having consented hereto, and it appearing the time within which to plead, defend or move has not expired, and it further appearing that this is the first extension request with regard to the subject pleading, it is hereby ORDERED that pursuant to LR 6.1, the time for Plaintiff Alan Cohen, as Trustee of the Friedman's Creditor Trust, to file his response to Motion to Dismiss Adversary Complaint filed by Defendant Bradley J. Stinn is hereby extended to and including June 29, 2007.

This 13th day of June, 2007.

Walker Jarrett Deputy Clerk
Scott L. Poff, Clerk
United States District Court
Southern District of Georgia

**[Consent Signatures on Following Page]**

_[signature]_
David W. Adams
Georgia Bar No. 002860
ELLIS, PAINTER, RATTERREE & ADAMS LLP
P. O. Box 9946
Savannah, Georgia 31412
(912) 233-9700

William C. Fredericks
Eric T. Kanefsky
BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1400
(212) 554-1444 (f)

*Counsel to Plaintiff Alan Cohen as Trustee
Of the Friedman's Creditor Trust*

Glenn B. Rice
OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
230 Park Avenue
New York, New York 10169
(212) 661-9100
(212) 682-6104 (f)

*Of Counsel for the Plaintiff Trustee*

_[signature]_
James L. Drake, Jr. (Georgia Bar No. 229250)
JAMES L. DRAKE, JR., P.C.
7 East Congress Street, Suite 901
P.O. Box 9945
Savannah, Georgia 31412
(912) 790-1533
(912) 790-1534 (f)

David W. Shapiro
Mikal J. Condon
BOIES, SCHILLER & FLEXNER, LLP
1999 Harrison Street, Suite 900
Oakland, California 94612
(510) 874-1000
(510) 874-1460 (f)

*Attorneys for Defendant Bradley J. Stinn*

357253v1
006557-000002